## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

HOWARD COHAN,

     Plaintiff,

v.                                                                Case No:   6:23-cv-1317-RBD-DCI

AIMBRIDGE HOSPITALITY, LLC
and X FUND PROPERTIES, LLC,

     Defendants.

_____

## <u>ORDER OF DISMISSAL</u>

This cause is before the Court upon the parties' Joint Notice of Settlement filed on November 14, 2023 (Doc. 23), indicating that this case has settled. Accordingly, it is **ORDERED AND ADJUDGED**:

1.    That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2.    All pending motions are denied as moot and all deadlines and hearings are terminated.

3.    The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 16, 2023.

ROY B. DALTON, JR.
United States District Judge